1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,
                                          2:13-cv-0896 KJM AC
13      v.

14  APPROXIMATELY $117,618.19 IN U.S.     **APPLICATION AND ORDER**
    CURRENCY SEIZED FROM BANK OF          **FOR PUBLICATION**
15  AMERICA ACCOUNT NUMBER
    152273703, HELD IN THE NAMES
16  KAMAL SAEIDAH AND MARIAM
    SAEIDAH,
17
    APPROXIMATELY $5,555.27 IN U.S.
18  CURRENCY SEIZED FROM BANK OF
    AMERICA ACCOUNT NUMBER
19  6441633, HELD IN THE NAME KAMAL
    SAEIDAH, and
20
    APPROXIMATELY $1,703.76 IN U.S.
21  CURRENCY SEIZED FROM BANK OF
    AMERICA ACCOUNT NUMBER
22  152174024, HELD IN THE NAMES
    KAMAL SAEIDAH AND MARIAM
23  SAEIDAH,
            Defendants.
24

25      The United States of America applies for an order of publication as follows:

26      1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

27  and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

28  Plaintiff shall cause public notice of the action to be given in a newspaper of general

                                          1

circulation or on the official internet government forfeiture site;

    2.    Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

    3.    The defendant Approximately $117,618.19 in U.S. Currency seized from Bank of America account number 152273703, held in the names Kamal Saeidah and Mariam Saeidah, Approximately $5,555.27 in U.S. Currency seized from Bank of America account number 6441633, held in the name Kamal Saeidah and Approximately $1,703.76 in U.S. Currency seized from Bank of America account number 152174024, held in the names Kamal Saeidah and Mariam Saeidah were seized on November 20, 2012 in Sacramento, in Sacramento County, California.

    4.    The United States proposes that publication be made as follows:

        a.    One publication;

        b.    Thirty (30) consecutive days;

        c.    On the official internet government forfeiture site www.forfeiture.gov;

        d.    The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the seizure/posting;

            (3)    The identity and/or description of the property seized/posted;

            (4)    The name and address of the attorney for the Plaintiff;

            (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed

///

///

1  and served within 21 days after the filing of the claims and, in the absence thereof,
2  default may be entered and condemnation ordered.

4  Dated:   5/7/13        BENJAMIN B. WAGNER
                          United States Attorney

7                    By:   /s/ Kevin C. Khasigian
                           KEVIN C. KHASIGIAN
8                          Assistant U.S. Attorney

11     IT IS SO ORDERED.

12  Dated: May 7, 2013.        *allison claire signature*
                          ALLISON CLAIRE
13                        UNITED STATES MAGISTRATE JUDGE

3