BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CV-00896-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $117,618.19 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 152273703, HELD IN THE NAMES KAMAL SAEIDAH AND MARIAM SAEIDAH, | |
| APPROXIMATELY $5,555.27 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 6441633, HELD IN THE NAME KAMAL SAEIDAH, and | |
| APPROXIMATELY $1,703.76 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 152174024, HELD IN THE NAMES KAMAL SAEIDAH AND MARIAM SAEIDAH, | |

This matter came on before the Honorable Magistrate Judge Allison Claire on the United States' ex parte motion for default judgment.  There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant

funds to oppose the United States' motion.  The Magistrate Judge has recommended that the United States' motion for default judgment be granted.  Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.
2. Kamal Saeidah and Mariam Saeidah are held in default.
3. A judgment by default is hereby entered against any right, title, or interests of Kamal Saeidah and Mariam Saeidah in the defendant funds referenced in the above caption.
4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant funds to the United States, to be disposed of according to law.
5. All parties shall bear their own costs and attorney's fees.

SO ORDERED, this 19th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE